NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

APR 13 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ARTURO GARCIA-MAY,

Petitioner,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

No.    19-71082

Agency No. A206-572-579

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 7, 2020[**]

Before:    TASHIMA, BYBEE, and WATFORD, Circuit Judges.

Arturo Garcia-May, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying cancellation of removal.  We have

jurisdiction under 8 U.S.C. § 1252.  We deny the petition for review.

Garcia-May does not raise, and therefore waives, any challenge to the

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

agency's determination that his conviction for possession of marijuana under Idaho Code § 37-2732(c)(3) makes him ineligible for cancellation of removal. *See Lopez-Vasquez v. Holder*, 706 F.3d 1072, 1079-80 (9th Cir. 2013) (issues not specifically raised and argued in an opening brief are waived). Because the agency's determination is dispositive, we do not address Garcia-May's remaining contentions. *See Simeonov v. Ashcroft*, 371 F.3d 532, 538 (9th Cir. 2004) (the courts and the agency are not required to make findings on issues the decision of which is unnecessary to the results).

**PETITION FOR REVIEW DENIED.**